UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 4

|  |  |  |
|---|---|---|
| SAKS & COMPANY LLC, | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | SUMMONS |
| v. | : | |
|  | : | |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK. A. MORGAN, ACTING COMMISSIONER, U.S. CUSTOMS & BORDER PROTECTION | : | |
|  | : | |
| Defendants. | : | |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



   /s/ Mario Toscano
   Clerk of the Court

                        Allison M. Baron
                        SHARRETTS, PALEY, CARTER
                            & BLAUVELT, P.C.
                        75 Broad Street
                        New York, NY  10004
                        Tel. No.: (212) 425-0055

     /s/Allison M. Baron

   September 21, 2020
      Date